**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tony Maurice GRAVES, Defendant–**
**Appellant.**

No. 14–15752
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2015.

Katherine Monahan Hoffer, Brent Alan Gray, Jessica Morris, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Mary Erickson, Law Offices of Mary Erickson, P.C., Atlanta, GA, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Tony Maurice Graves in this direct criminal appeal, has moved to withdraw from further representation of Graves and has filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Graves's conviction and sentence are **AFFIRMED.**